## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FELICIA LAMBERT and** | ) | |
| **TONY LAMBERT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 19-00854-KD-B** |
| | ) | |
| **DUNCAN HERRINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>JUDGMENT</u>

In accordance with the verdicts entered December 15, 2022 (doc. 140, 141), it is

ORDERED, ADJUDGED, and DECREED that

1) JUDGMENT is entered in favor of Felicia Lambert and against Duncan Herrington as to her claim for violation of the Fourth Amendment (False Arrest) in the amount of $1,600.00 for costs, $35.00 for physical injury, and $15,000.00 in punitive damages; and

2) JUDGMENT is entered in favor of Duncan Herrington and against Felicia Lambert and Tony Lambert as to all other claims.

**DONE** and **ORDERED** this 10th day of January 2023.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**